IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JAN 05 2000
THOMAS K. KAHN
CLERK

No. 99-13647-A

CAROL SWANSON,

Appellant,

versus

AVNET COMPUTER TECHNOLOGIES, INC.,,
a Delaware corporation doing business in the
State of Florida,
AVNET, INC.,

Defendants-Appellees.

---

On Appeal from the United States District Court for the
Middle District of Florida

---

BEFORE: TJOFLAT and BARKETT, Circuit Judges.

BY THE COURT:

The parties' joint motion to dismiss this appeal with prejudice, with the parties bearing their own attorneys' fees and costs, is GRANTED.

A True Copy - Attested
Clerk U.S. Court of Appeals,
Eleventh Circuit

By *Rhonda Steinberg*
Deputy Clerk
Atlanta, Georgia

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

In Replying Give Number
Of Case And Names of Parties

January 05, 2000

Sheryl L. Loesch
Clerk, U.S. District Court
80 N. Hughey Ave, Floor 2-#218
Orlando FL 32801

RE: 99-13647-A    Ellen Sue Paladino v. Avnet Computer Technologies
DC DKT NO.: 95-00922 CV-ORL-18C

The enclosed certified copy of this Court's Order of Dismissal is issued as the mandate of this court.

Please acknowledge receipt by returning the enclosed copy of this lettter.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Rhonda Steinberg (404) 335-6180

Encl.

DIS-4 (1-1999)

Sheryl L. Loesch
Clerk, U.S. District Court
80 N. Hughey Ave, Floor 2-#218
Orlando FL 32801

January 05, 2000

RE: 99-13647-A     Ellen Sue Paladino v. Avnet Computer Technologies
DC DKT NO.: 95-00922 CV-ORL-18C

TO:   Sheryl L. Loesch

CC:   Carol Swanson

CC:   Morey Raiskin

CC:   Administrative File